WILLIAM HENDERSON, an Infant, by CATHERINE HENDERSON, His Guardian ad Litem, et al., Appellants, *v.* CRYSTAL AQUATIC ARENA, INC., Respondent.

Submitted April 21, 1948; decided June 11, 1948.

*Samuel Cooperman* and *Harry Leff* for appellants.

*Archie B. Morrison, John D. Lynn, William T. Rogers* and *Daniel Miner* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, on the ground that the record presents questions of fact for the jury as to negligence and contributory negligence. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER and FULD, JJ. Dissenting: LEWIS and DYE, JJ.